UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **RAYMOND HART** <br> 11913 Grason Lane <br> Bowie, MD 20715 <br><br> and <br><br> **FRANK ROBERTS** <br> 146 Riverwood Drive <br> Hertford, NC 27944 <br><br> and <br><br> **RICHARD L. PHILLIPS** <br> 1115 N. McLean Street <br> St. Lincoln, IL 62656 <br><br> and <br><br> **LORRAINE D. WILLIAMS** <br> 2 Cameron Grove Blvd. <br> Upper Marlboro, MD 20774 <br><br> and <br><br> **PETER JIMACK** <br> 6 Banavie Road <br> Glasgow, Scotland <br><br> and <br><br> **MIRZA M. BAIG** <br> Roggeveenstraat 131 <br> Amsterdam, Netherlands 1013 PS <br><br> and <br><br> **FOKKE FENNEMA** <br> Diekeveenseweg 8 <br> Westerbork, Netherlands 9431 PS <br><br> and | Civil Action No. 1:05CV01848-RBW <br> JUDGE: Reggie B. Walton <br><br> **RULE 7.1 STATEMENT** |

| | |
|---|---|
| **MILDRED U. GEMERTS** <br> Weth. E. Polakstraat 23 <br> Amsterdam, Netherlands 1107 CV | * <br> * <br> * <br> * |
| and | * <br> * |
| **A.J.H.M. HENDRIKS-SAAT** <br> Mr. Boutensstraat 3 <br> Ooij, Netherlands 6576 DG | * <br> * <br> * <br> * |
| and | * <br> * |
| **IVO G. KNOTTERNUS** <br> De Hegge 28 <br> Apeldoom, Netherlands 7314 JT | * <br> * <br> * <br> * |
| and | * <br> * |
| **AART KROONEMAN** <br> Tulpstraat 4 <br> Oldebroek, Netherlands 8096 BT <br> and | * <br> * <br> * <br> * |
| **HUGO PIETERSE** <br> Kruisstraat 46 <br> Lage Zwaluwe, Netherlands 4926 AH | * <br> * <br> * <br> * |
| and | * <br> * |
| **RENE WESSELS** <br> Akkerwinde 37 <br> Opmeer, Netherlands 1716 CG | * <br> * <br> * <br> * |
| **Plaintiffs,** | * <br> * |
| v. | * <br> * |
| **MERCK & CO. INC.,** <br> **One Merck Drive** <br> **Whitehouse Station, NJ 08889** <br> **w/s/o CT CORPORATION** <br> **1025 Vermont Avenue, N.W.** <br> **Washington, DC 20005** | * <br> * <br> * <br> * <br> * <br> * <br> * |
| **Defendant.** | * |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

**CERTIFICATE REQUIRED BY LCVR 7.1 OF THE LOCAL RULES OF THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA.**

I, the undersigned, counsel of record for Defendant Merck & Co., Inc., certify that to the best of my knowledge and belief Defendant Merck & Co., Inc. has no parent companies, subsidiaries or affiliates that have any outstanding securities in the hands of the public.

These representations are made in order that judges of this court may determine the need for recusal.

Dated:  October 11, 2005

                Respectfully submitted,


               By: s/ Jessica Davidson Miller_____
                 John H. Beisner (320747)
                 Jessica Davidson Miller (457021)

                 O'MELVENY & MYERS LLP
                 1625 Eye Street, NW
                 Washington, DC 20006


               *Attorneys for Defendant Merck & Co., Inc.*


OF COUNSEL:

Norman C. Kleinberg
Theodore V. H. Mayer
Charles Avrith
HUGHES HUBBARD & REED LLP
One Battery Park Plaza
New York, NY 10004
(212) 837-6000

Douglas R. Marvin
WILLIAMS & CONNOLLY LLP
725 Twelfth Street, NW
Washington, DC 20005
(202) 434-5400

## CERTIFICATE OF SERVICE

I hereby certify that on October 11, 2005, I electronically filed the foregoing Rule 7.1 Statement with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

>Aaron M. Levine
>AARON M. LEVINE & ASSOCIATES
>1320 19th Street, NW, Suite 500
>Washington, DC  20036
>202-833-8040


>/s/ Jessica Davidson Miller