UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| RAYMOND HART<br>11913 Grason Lane<br>Bowie, MD 20715<br><br>and<br><br>FRANK ROBERTS<br>146 Riverwood Drive<br>Hertford, NC 27944<br><br>and<br><br>RICHARD L. PHILLIPS<br>1115 N. McLean Street<br>St. Lincoln, IL 62656<br><br>and<br><br>LORRAINE D. WILLIAMS<br>2 Cameron Grove Blvd.<br>Upper Marlboro, MD 20774<br><br>and<br><br>PETER JIMACK<br>6 Banavie Road<br>Glasgow, Scotland<br><br>and<br><br>MIRZA M. BAIG<br>Roggeveenstraat 131<br>Amsterdam, Netherlands 1013 PS<br><br>and<br><br>FOKKE FENNEMA<br>Diekeveenseweg 8<br>Westerbork, Netherlands 9431 PS<br><br>and<br><br>MILDRED U. GEMERTS | *<br>*<br>*<br>*<br>*<br>*<br>*<br>*<br>*<br>*<br>*<br>*<br>*  Civil Action No. 1:05CV01848-RBW<br>*<br>*<br>*  STIPULATION FOR STAY OF<br>*  PROCEEDINGS PENDING<br>*  TRANSFER TO MDL 1657<br>*<br>*<br>*<br>*<br>*<br>*<br>*<br>*<br>*<br>*<br>*<br>*<br>*<br>*<br>*<br>*<br>*<br>*<br>*<br>*<br>*<br>*<br>* |

| | |
|---|---|
| Weth. E. Polakstraat 23<br>Amsterdam, Netherlands 1107 CV | *<br>*<br>* |
| and | *<br>* |
| A.J.H.M. HENDRIKS-SAAT<br>Mr. Boutensstraat 3<br>Ooij, Netherlands 6576 DG | *<br>*<br>*<br>* |
| and | *<br>* |
| IVO G. KNOTTERNUS<br>De Hegge 28<br>Apeldoom, Netherlands 7314 JT | *<br>*<br>*<br>* |
| and | *<br>* |
| AART KROONEMAN<br>Tulpstraat 4<br>Oldebroek, Netherlands 8096 BT<br>and | *<br>*<br>*<br>*<br>* |
| HUGO PIETERSE<br>Kruisstraat 46<br>Lage Zwaluwe, Netherlands 4926 AH | *<br>*<br>*<br>* |
| and | *<br>* |
| RENE WESSELS<br>Akkerwinde 37<br>Opmeer, Netherlands 1716 CG | *<br>*<br>*<br>* |
| Plaintiffs, | *<br>* |
| v. | *<br>* |
| MERCK & CO. INC.,<br>One Merck Drive<br>Whitehouse Station, NJ 08889<br>w/s/o CT CORPORATION<br>1025 Vermont Avenue, N.W.<br>Washington, DC 20005 | *<br>*<br>*<br>*<br>*<br>*<br>* |
| Defendant. | *<br>* |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

2

Plaintiffs and Defendant Merck & Co., Inc. ("Merck"), by and through their counsel, hereby stipulate and jointly request the Court to enter an order staying all proceedings in this matter until such time as the Judicial Panel on Multidistrict Litigation (the "Panel") issues a Transfer Order transferring this action pursuant to 28 U.S.C. §1407 to the Eastern District of Louisiana for coordinated pre-trial proceedings in MDL 1657.

In support of this request, the parties show the Court the following:

1. This action is one for personal injury allegedly arising out of Plaintiffs' use of VIOXX®, a prescription medicine manufactured and distributed by Merck.

2. On February 16, 2005, the Panel granted petitions for the coordination and transfer of 148 separate VIOXX®-related personal injury and wrongful death cases then pending in the federal courts pursuant to 28 U.S.C. §1407. *See In Re VIOXX® Product Liability Litigation*, MDL 1657 (J.P.M.L., February 16, 2005). The Panel designated the Honorable Eldon E. Fallon of the United States District Court of the Eastern District of Louisiana to preside over all cases transferred to MDL 1657. *Id.* Since then, hundreds of other VIOXX®-related personal injury cases brought in or removed to the federal courts have been transferred to the Eastern District of Louisiana as part of MDL 1657.

3. The parties anticipate that this case will be transferred by the Panel to the Eastern District of Louisiana where it will become part of the coordinated pre-trial proceedings in MDL 1657. Merck will notify the Panel of this matter as a tag-along matter.

4. Inasmuch as this case will likely become subject to discovery and other pretrial proceedings in the Eastern District of Louisiana, the parties submit that entry of

3

an order staying all proceedings in this matter pending its transfer to MDL 1657 will promote judicial economy and the parties' resources and is in the interests of justice.

WHEREFORE, the parties respectfully request the Court to stay all proceedings herein pending the transfer of this action to the United States District Court for the Eastern District of Louisiana and its inclusion in MDL 1657, as per the form of the accompanying Proposed Order.

Dated: October 11, 2005

By: _____

Aaron M. Levine (7864)
Brandon J. Levine (412130)
Renee L. Robinson-Meyer (455375)
Steven J. Lewis (472564)

AARON M. LEVINE & ASSOCIATES
1320 19th Street, NW, Suite 500
Washington, DC 20036
202-833-8040

*Attorneys for Plaintiffs*

By: _____

John H. Beisner (320747)
Jessica Davidson Miller (457021)

O'MELVENY & MYERS LLP
1625 Eye Street, NW
Washington, DC 20006
202-383-5300

*Attorneys for Defendant Merck & Co., Inc.*

4

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

RAYMOND HART              *
11913 Grason Lane         *
Bowie, MD 20715           *
                          *
and                       *
                          *
FRANK ROBERTS             *
146 Riverwood Drive       *
Hertford, NC 27944        *
                          *
and                       *
                          *
RICHARD L. PHILLIPS       *   Civil Action No. 1:05CV01848-RBW
1115 N. McLean Street     *
St. Lincoln, IL 62656     *   PROPOSED ORDER
                          *
and                       *
                          *
LORRAINE D. WILLIAMS      *
2 Cameron Grove Blvd.     *
Upper Marlboro, MD 20774  *
                          *
and                       *
                          *
PETER JIMACK              *
6 Banavie Road            *
Glasgow, Scotland         *
                          *
and                       *
                          *
MIRZA M. BAIG             *
Roggeveenstraat 131       *
Amsterdam, Netherlands 1013 PS *
                          *
and                       *
                          *
FOKKE FENNEMA             *
Diekeveenseweg 8          *
Westerbork, Netherlands 9431 PS *
                          *
and                       *
                          *
MILDRED U. GEMERTS        *

...

| | |
|---|---|
| Weth. E. Polakstraat 23 | * |
| Amsterdam, Netherlands 1107 CV | * |
| | * |
| and | * |
| | * |
| A.J.H.M. HENDRIKS-SAAT | * |
| Mr. Boutensstraat 3 | * |
| Ooij, Netherlands 6576 DG | * |
| | * |
| and | * |
| | * |
| IVO G. KNOTTERNUS | * |
| De Hegge 28 | * |
| Apeldoorn, Netherlands 7314 JT | * |
| | * |
| and | * |
| | * |
| AART KROONEMAN | * |
| Tulpstraat 4 | * |
| Oldebroek, Netherlands 8096 BT | * |
| and | * |
| | * |
| HUGO PIETERSE | * |
| Kruisstraat 46 | * |
| Lage Zwaluwe, Netherlands 4926 AH | * |
| | * |
| and | * |
| | * |
| RENE WESSELS | * |
| Akkerwinde 37 | * |
| Opmeer, Netherlands 1716 CG | * |
| | * |
| Plaintiffs, | * |
| | * |
| v. | * |
| | * |
| MERCK & CO. INC., | * |
| One Merck Drive | * |
| Whitehouse Station, NJ 08889 | * |
| w/s/o CT CORPORATION | * |
| 1025 Vermont Avenue, N.W. | * |
| Washington, DC 20005 | * |
| | * |
| Defendant. | * |

**********************************

2

Weth. E. Polakstraat 23             *
Amsterdam, Netherlands 1107 CV      *
                                    *
and                                 *
                                    *
A.J.H.M. HENDRIKS-SAAT              *
Mr. Boutensstraat 3                 *
Ooij, Netherlands 6576 DG           *
                                    *
and                                 *
                                    *
IVO G. KNOTTERNUS                   *
De Hegge 28                         *
Apeldoorn, Netherlands 7314 JT      *
                                    *
and                                 *
                                    *
AART KROONEMAN                      *
Tulpstraat 4                        *
Oldebroek, Netherlands 8096 BT      *
and                                 *
                                    *
HUGO PIETERSE                       *
Kruisstraat 46                      *
Lage Zwaluwe, Netherlands 4926 AH   *
                                    *
and                                 *
                                    *
RENE WESSELS                        *
Akkerwinde 37                       *
Opmeer, Netherlands 1716 CG         *
                                    *
Plaintiffs,                         *
                                    *
v.                                  *
                                    *
MERCK & CO. INC.,                   *
One Merck Drive                     *
Whitehouse Station, NJ 08889        *
w/s/o CT CORPORATION                *
1025 Vermont Avenue, N.W.           *
Washington, DC 20005                *
                                    *
Defendant.                          *
                                    *

**********************************

2

## [PROPOSED] ORDER APPROVING STIPULATION FOR STAY OF PROCEEDINGS PENDING TRANSFER TO MDL 1657

Having considered the Stipulation For Stay Of Proceedings Pending Transfer To MDL 1657 and finding that there is good cause to grant the requested relief, it is, this _____ day of _____, 2005, by the United States District Court for the District of Columbia ORDERED that:

the Stipulation For Stay Of Proceedings Pending Transfer To MDL 1657 is APPROVED; and it is further ORDERED that

this action is hereby STAYED in its entirety pending the transfer of this action to the Eastern District of Louisiana.

_____
Judge Reggie B. Walton