

A CERTIFIED TRUE COPY

NOV - 8 2005

ATTEST
FOR THE JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

OCT 21 2005

2005 NOV 14  PM 12: 51

FILED
CLERK'S OFFICE

*DOCKET NO. 1657* LORETTA G. WHYTE
CLERK

## BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

### IN RE VIOXX PRODUCTS LIABILITY LITIGATION

### (SEE ATTACHED SCHEDULE)

### CONDITIONAL TRANSFER ORDER (CTO-28)

On February 16, 2005, the Panel transferred 138 civil actions to the United States District Court for the Eastern District of Louisiana for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. § 1407. Since that time, 1,862 additional actions have been transferred to the Eastern District of Louisiana. With the consent of that court, all such actions have been assigned to the Honorable Eldon E. Fallon.

It appears that the actions on this conditional transfer order involve questions of fact which are common to the actions previously transferred to the Eastern District of Louisiana and assigned to Judge Fallon.

Pursuant to Rule 7.4 of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, 199 F.R.D. 425, 435-36 (2001), these actions are transferred under 28 U.S.C. § 1407 to the Eastern District of Louisiana for the reasons stated in the order of February 16, 2005, 360 F.Supp.2d 1352 (J.P.M.L. 2005), and, with the consent of that court, assigned to the Honorable Eldon E. Fallon.

This order does not become effective until it is filed in the Office of the Clerk of the United States District Court for the Eastern District of Louisiana. The transmittal of this order to said Clerk shall be stayed fifteen (15) days from the entry thereof and if any party files a notice of opposition with the Clerk of the Panel within this fifteen (15) day period, the stay will be continued until further order of the Panel.

FOR THE PANEL:

Michael J. Beck
Michael J. Beck
Clerk of the Panel

Inasmuch as no objection is
pending at this time, the
stay is lifted.

NOV - 8 2005

CLERK'S OFFICE
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

CLERK'S OFFICE
A TRUE COPY

FEB 22 2006

Deputy Clerk, U.S. District Court
Eastern District of Louisiana
New Orleans, LA

___ Fee_____
___ Process_____
___ Dktd_____
___ CtRmDep_____
___ Doc. No_____

## SCHEDULE CTO-28 - TAG-ALONG ACTIONS
## DOCKET NO. 1657
## IN RE VIOXX PRODUCTS LIABILITY LITIGATION

| DIST. DIV. C.A. # | CASE CAPTION | EDLA SECT. L/3 |
|---|---|---|
| **ALABAMA NORTHERN** | | |
| ALN   2  05-2010 | Paul David Wilton, et al. v. Merck & Co., Inc. | 05-5585 |
| | | |
| **DISTRICT OF COLUMBIA** | | |
| DC   1  05-1848 | Raymond Hart, et al. v. Merck & Co., Inc. | 05-5586 |
| | | |
| **FLORIDA MIDDLE** | | |
| FLM   8  05-1803 | George Grech, Jr., et al. v. Merck & Co., Inc. | 05-5587 |
| FLM   8  05-1804 | Otis Hensley, et al. v. Merck & Co., Inc. | 05-5588 |
| | | |
| **FLORIDA NORTHERN** | | |
| FLN   3  05-345 | Greg Gouge v. Merck & Co., Inc., et al. | 05-5589 |
| | | |
| **FLORIDA SOUTHERN** | | |
| FLS   0  05-61567 | Pedro Lazo De La Vega, et al. v. Merck & Co., Inc. | 05-5590 |
| FLS   0  05-61568 | Ray Schey v. Merck & Co., Inc. | 05-5591 |
| FLS   0  05-61569 | Frank W. Fabricius, et al. v. Merck & Co., Inc. | 05-5592 |
| FLS   0  05-61570 | Samuel Hartley, et al. v. Merck & Co., Inc. | 05-5593 |
| FLS   0  05-61571 | Baron Reid, et al. v. Merck & Co., Inc. | 05-5594 |
| | | |
| **GEORGIA NORTHERN** | | |
| GAN   1  05-2516 | Millie Richardson, etc. v. Merck & Co., Inc. | 05-5595 |
| GAN   4  05-205 | Winston D. Palmer, etc. v. Merck & Co., Inc. | 05-5596 |
| | | |
| **IDAHO** | | |
| ID   1  05-401 | Monte Levitt v. Merck & Co., Inc. | 05-5597 |
| ID   1  05-403 | Stanton Tollinger, et al. v. Merck & Co., Inc. | 05-5598 |
| ID   1  05-404 | Jan Holmes, etc. v. Merck & Co., Inc. | 05-5599 |
| ID   1  05-405 | Anita Gibbs v. Merck & Co., Inc. | 05-5600 |
| ID   2  05-375 | James Schiavone, et al v. Merck & Co., Inc. | 05-5601 |
| | | |
| **ILLINOIS NORTHERN** | | |
| ILN   1  05-5436 | Leslie Nejedly v. Merck & Co., Inc. | 05-5602 |
| ILN   1  05-5531 | Bronwynn Donough, et al. v. Merck & Co., Inc. | 05-5603 |
| ILN   1  05-5643 | Keith Culberson, et al. v. Merck & Co., Inc. | 05-5604 |
| ILN   1  05-5645 | Michael Wolson, etc. v. Merck & Co., Inc., et al. | 05-5605 |
| | | |
| **ILLINOIS SOUTHERN** | | |
| ILS   3  05-656 | Rafael Para v. Merck & Co., Inc. | 05-5606 |
| ILS   3  05-661 | Stanely McNulty v. Merck & Co., Inc., et al. Opposed 11/3/05 | |
| | | |
| **INDIANA NORTHERN** | | |
| INN   2  05-362 | John S. Ciechna, et al. v. Merck & Co., Inc. | 05-5607 |
| INN   4  05-73 | Margaret L. DePoy, et al. v. Merck & Co., Inc. | 05-5608 |
| | | |
| **INDIANA SOUTHERN** | | |
| INS   4  05-153 | Joyce Hurst v. Merck & Co., Inc. | 05-5609 |
| | | |
| **KANSAS** | | |
| KS   2  05-2397 | Glendene Schmidt, etc. v. Merck & Co., Inc. | 05-5610 |
| KS   2  05-2425 | Ardith Bell, etc. v. Merck & Co., Inc. | 05-5611 |

SCHEDULE CTO-28 TAG-ALONG ACTIONS  (MDL-1657)                          PAGE 2 of 4

| DIST. DIV. C.A. # | CASE CAPTION | EDLA SECT. L/3 |
|---|---|---|
| KENTUCKY EASTERN | | |
| KYE  2  05-187 | Dan Smallwood, et al. v. Merck & Co., Inc. | 05-5612 |
| KYE  5  05-381 | William H. Hall, et al. v. Merck & Co., Inc. | 05-5613 |
| KYE  5  05-387 | Larry L. Pollitt, et al. v. Merck & Co., Inc. | 05-5614 |
| KYE  5  05-388 | Dillard D. Smallwood, et al. v. Merck & Co., Inc. | 05-5615 |
| KYE  5  05-389 | Nellie M. Greene v. Merck & Co., Inc. | 05-5616 |
| KYE  6  05-519 | Mary M. Smith v. Merck & Co., Inc. | 05-5617 |
| ~~KYE  6  05-525~~ | ~~Gerlene Stacy v. Merck & Co., Inc.~~ Opposed 11/3/05 | |
| KYE  6  05-532 | Paul W. Worley v. Merck & Co., Inc. | 05-5618 |
| | | |
| KENTUCKY WESTERN | | |
| KYW  1  05-141 | Earl C. Dinkins, et al. v. Merck & Co., Inc. | 05-5619 |
| KYW  1  05-142 | Pamela J. Montgomery v. Merck & Co., Inc. | 05-5620 |
| KYW  1  05-143 | Lucille Noe v. Merck & Co., Inc. | 05-5621 |
| KYW  1  05-144 | Richard Murley, et al. v. Merck & Co., Inc. | 05-5622 |
| KYW  1  05-147 | Glendell H. Harper, et al. v. Merck & Co., Inc. | 05-5623 |
| KYW  1  05-148 | Rhonda A. Sweeney v. Merck & Co., Inc. | 05-5624 |
| KYW  1  05-149 | Patricia J. Gary, et al. v. Merck & Co., Inc. | 05-5625 |
| KYW  1  05-151 | Erwin A. Upchurch, et al. v. Merck & Co., Inc. | 05-5626 |
| KYW  1  05-152 | Drecilla T. Hatchett, et al. v. Merck & Co., Inc. | 05-5627 |
| KYW  1  05-153 | Diana McMurtry v. Merck & Co., Inc. | 05-5628 |
| KYW  1  05-154 | Brenda S. Arnold, et al. v. Merck & Co., Inc. | 05-5629 |
| KYW  1  05-155 | Gwendolyn Viola King, et al. v. Merck & Co., Inc. | 05-5630 |
| ~~KYW  1  05-156~~ | ~~Harold Reiser v. Merck & Co., Inc., et al.~~ Opposed 11/8/05 | |
| KYW  1  05-157 | Dolly H. Raymer v. Merck & Co., Inc. | 05-5631 |
| KYW  1  05-158 | James V. Martin, et al. v. Merck & Co., Inc. | 05-5632 |
| KYW  1  05-159 | Anita V. Graff, et al. v. Merck & Co., Inc. | 05-5633 |
| KYW  1  05-160 | Roy Davis, et al. v. Merck & Co., Inc. | 05-5634 |
| KYW  1  05-161 | Welby Ray Knifley, etc. v. Merck & Co., Inc. | 05-5635 |
| KYW  3  05-539 | Homer L. Saylor, et al. v. Merck & Co., Inc. | 05-5636 |
| KYW  3  05-542 | Jannie E. McDaniel, et al. v. Merck & Co., Inc. | 05-5637 |
| ~~KYW  3  05-549~~ | ~~James W. Thompson, et al. v. Merck & Co., Inc.~~ Opposed 11/3/05 | |
| ~~KYW  3  05-550~~ | ~~Jerry W. Kinslow, et al. v. Merck & Co., Inc.~~ Opposed 11/3/05 | |
| KYW  4  05-142 | Vivian Madison, etc. v. Merck & Co., Inc. | 005-5638 |
| | | |
| LOUISIANA MIDDLE | | |
| LAM  3  05-1104 | Jeanette Patton, etc. v. Merck & Co., Inc. | 05-5639 |
| LAM  3  05-1121 | Leon Clark, et al. v. Merck & Co., Inc. | 05-5640 |
| | | |
| LOUISIANA WESTERN | | |
| LAW  2  05-1626 | Barbara Benoit, et al. v. Merck & Co., Inc. | 005-5641 |
| | | |
| MARYLAND | | |
| MD  1  05-2585 | Richard Teague, et al. v. Merck & Co., Inc. | 05-5642 |
| MD  1  05-2586 | Vera Callender v. Merck & Co., Inc. | 05-5643 |
| MD  1  05-2587 | Richard Kasten v. Merck & Co., Inc. | 05-5644 |
| | | |
| MINNESOTA | | |
| MN  0  05-2186 | Maxine Bates v. Merck & Co., Inc. | 05-5645 |
| MN  0  05-2187 | Michael Ondercin v. Merck & Co., Inc. | 05-5646 |
| MN  0  05-2188 | Beverlee R. Blanchard v. Merck & Co., Inc. | 05-5647 |

SCHEDULE CTO-28 TAG-ALONG ACTIONS  (MDL-1657)                    PAGE 3 of 4

| DIST. DIV. C.A. # | CASE CAPTION | EDLA SECT. L/3 |
|---|---|---|
| **MISSOURI EASTERN** | | |
| ~~MOE  4  05-1490~~ | ~~Betty Jean Gant et al. v. Merck & Co., Inc., et al.~~ Opposed 11/8/05 | |
| ~~MOE  4  05-1491~~ | ~~Jane Latham, et al. v. Merck & Co., Inc., et al.~~ Opposed 11/8/05 | |
| ~~MOE  4  05-1497~~ | ~~Jefferson Euell, et al. v. Merck & Co., Inc., et al.~~ Opposed 11/8/05 | |
| ~~MOE  4  05-1514~~ | ~~Barbara Gustin, et al. v. Merck & Co., Inc., et al.~~ Opposed 11/8/05 | |
| ~~MOE  4  05-1520~~ | ~~Martin Zide, et al. v. Merck & Co., Inc., et al.~~ Opposed 11/8/05 | |
| **MISSOURI WESTERN** | | |
| MOW  4  05-852 | Valerie Beatty v. Merck & Co., Inc. | 05-5648 |
| MOW  4  05-860 | Virginia Palmesino, et al. v. Merck & Co., Inc. | 05-5649 |
| MOW  4  05-861 | Marcelia Higgins v. Merck & Co., Inc. | 05-5650 |
| **MISSISSIPPI NORTHERN** | | |
| MSN  2  05-183 | Mary Ruth Smith, et al. v. Merck & Co., Inc. | 05-5651 |
| MSN  2  05-191 | William T. Darby, etc. v. Merck & Co., Inc. | 05-5652 |
| MSN  3  05-114 | Robert Griffin v. Merck & Co., Inc. | 05-5653 |
| **NORTH CAROLINA MIDDLE** | | |
| NCM  1  05-844 | Julian Wayne Page, et al. v. Merck & Co., Inc., et al. | 05-5654 |
| **NEVADA** | | |
| NV  2  05-1060 | Virginia Mottner v. Merck & Co., Inc. | 05-5655 |
| **OHIO SOUTHERN** | | |
| OHS  2  05-865 | Marnita R. Cunningham v. Merck & Co., Inc. | 05-5656 |
| **OKLAHOMA EASTERN** | | |
| OKE  6  05-386 | Vickie Taylor, etc. v. Merck & Co., Inc. | 05-5657 |
| OKE  6  05-391 | Linda Rudd, etc. v. Merck & Co., Inc. | 05-5658 |
| **OKLAHOMA NORTHERN** | | |
| OKN  4  05-552 | Larry Lusk v. Merck & Co., Inc. | 05-5659 |
| **OKLAHOMA WESTERN** | | |
| OKW  5  05-1092 | Sidney Watson v. Merck & Co., Inc. | 05-5660 |
| OKW  5  05-1100 | Stephen Kardokus v. Merck & Co., Inc. | 05-5661 |
| **OREGON** | | |
| OR  6  05-6288 | Lawrence W. Erwin v. Merck & Co., Inc. | 05-5662 |
| **PENNSYLVANIA EASTERN** | | |
| PAE  2  05-4801 | Stanley Klimaszewski, et al. v. Merck & Co., Inc., et al. | 05-5663 |
| PAE  2  05-4966 | Barbara J. Bell, et al. v. Merck & Co., Inc., et al. | 05-5664 |
| PAE  2  05-4967 | Betty L. Brenner, et al. v. Merck & Co., Inc., et al. | 05-5665 |
| PAE  2  05-4981 | William D. Cameron, et al. v. Merck & Co., Inc. | 05-5666 |
| PAE  2  05-4982 | Patricia Potter, et al. v. Merck & Co., Inc. | 05-5667 |
| PAE  2  05-5011 | Maurice Cohen, et al. v. Merck & Co., Inc., et al. | 05-5668 |
| PAE  2  05-5012 | Rhonda Grimes, etc. v. Merck & Co., Inc., et al. | 05-5669 |
| PAE  2  05-5042 | Barbara A. Greer, et al. v. Merck & Co., Inc., et al. | 05-5670 |
| PAE  2  05-5065 | Robert K. Medford v. Merck & Co., Inc., et al. | 05-5671 |

SCHEDULE CTO-28 TAG-ALONG ACTIONS (MDL-1657)                    PAGE 4 of 4

| DIST. DIV. C.A. # | CASE CAPTION | EDLA SECT. L/3 |
|---|---|---|
| **TENNESSEE EASTERN** | | |
| TNE   1   05-258 | Linda Humphries, etc. v. Merck & Co., Inc. | 05-5672 |
| TNE   1   05-260 | Linda M. Farrow, et al. v. Merck & Co., Inc. | 05-5673 |
| TNE   2   05-248 | Patsy K. Presnell, et al. v. Merck & Co., Inc. | 05-5674 |
| TNE   2   05-249 | Mark Hall, et al. v. Merck & Co., Inc. | 05-5675 |
| TNE   2   05-250 | Norma R. Cornwell v. Merck & Co., Inc. | 05-5676 |
| TNE   2   05-251 | Larry Mercer, et al. v. Merck & Co., Inc. | 05-5677 |
| TNE   2   05-253 | Jerry B. Gilmer, et al. v. Merck & Co., Inc. | 05-5678 |
| **TENNESSEE MIDDLE** | | |
| TNM   3   05-727 | Eugene Frontauria v. Merck & Co., Inc. | 05-5679 |
| **TENNESSEE WESTERN** | | |
| TNW   1   05-1269 | Janie A. Thomason v. Merck & Co., Inc., et al. | 05-5680 |
| **TEXAS SOUTHERN** | | |
| TXS   2   05-474 | Amelia Villarreal, et al. v. Merck & Co., Inc. | 05-5681 |
| TXS   4   05-3272 | Muriel L. Hawthorne v. Merck & Co., Inc. | 05-5682 |
| **UTAH** | | |
| UT    2   05-773 | Gary H. Bird, etc. v. Merck & Co., Inc. | 05-5683 |
| **WASHINGTON EASTERN** | | |
| WAE   2   05-5092 | Richard Lawrence, et al. v. Merck & Co., Inc. | 05-5684 |